Form ncloseur

# IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Case No. <u>3:12−bk−07216</u>
**Chapter 7**

In re:

TROY DANTE HARDIN
216 Nicks Drive
Madison, TN 37115

Social Security No.:
xxx−xx−9163

## NOTICE OF POTENTIAL CLOSURE OF CASE WITHOUT DISCHARGE FOR FAILURE TO PAY THE FILING FEE

To the Debtor(s):

You are receiving this notice as a reminder to pay the filing fee within 30 days after your first eligibility for discharge. Your case will be closed without you receiving a discharge if you fail to pay the filing fee within 30 days of the date of this notice. To prevent paying a fee to reopen your case in order for a discharge order to be issued, pay the filing fee.

Dated: <u>12/6/12</u>　　　　　　　　　　　　　　　　　　MATTHEW T LOUGHNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court